BPS-263                                                                          June 29, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **06-2683**

IN RE: LARRY FLOYD

U. S. DISTRICT COURT - DE
MISC. CASE # 06-137

Present: RENDELL, AMBRO AND GREENBERG, <u>CIRCUIT JUDGES</u>

      Submitted are:

      (1)    Petitioner's application pursuant to 28 U.S.C. § 2244 to file a second or successive petition under 28 U.S.C. § 2254; and

      (2)    Respondent's answer thereto

in the above-captioned case.

                                                                  Respectfully,

                                                                  Clerk

MMW/MCF/slc

_____O R D E R_____

The foregoing application to file a second or successive habeas corpus petition under 28 U.S.C. § 2254 is denied because the petitioner's claims do not meet the criteria prescribed by 28 U.S.C. § 2244(b)(2) for issuing such authorization. Floyd has not made a prima facie showing that his proposed motion contains either newly discovered evidence or a new rule of constitutional law made retroactively applicable by the U.S. Supreme Court. AEDPA's gatekeeping provisions are not impermissibly retroactive in this case because Floyd has not shown the district court could not have considered his claims under the law existing at the time his previous petition was filed. See <u>In re Minarik</u>, 166 F.3d 591, 609 (3d Cir. 1999).

                                                           BY THE COURT:

                                                           /s/ Marjorie O. Rendell
                                                           Circuit Judge

Dated:    July 14, 2006
lwc/cc:    Mr. Larry D. Floyd
              Loren C. Meyers, Esq.

                                                           A True Copy:

                                                           Marcia M. Waldron, Clerk